

# Fourth Court of Appeals
## San Antonio, Texas

March 31, 2015

No. 04-14-00606-CV

**ARGO GROUP US**, Inc., Colony Management Services, Inc., Colony Insurance Company, Colony National Insurance Company, Colony Specialty Insurance Company, Colony Agency Services, Inc., and Argo Group International Holdings, Ltd.,
Appellants

v.

Louis D. **LEVINSON**, International Financial Group, Inc., Guilford Specialty Group, Inc., Guilford Insurance Company, and The Burlington Insurance Company,
Appellees

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-09550
Honorable Antonia Arteaga, Judge Presiding

**O R D E R**

Appellees' motion for leave to file surreply to appellants' reply to appellees' response to appellants' motion for rehearing is hereby GRANTED.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 31st day of March, 2015.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court